# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. KOIDAL,<br><br>　　　　　Plaintiff,<br>vs.<br><br>TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., COMENITY BANK, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 3:16-cv-00348-HSG<br><br>**ORDER RE: STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT IN LOCAL RULE 6-1** |

　　The Court has reviewed the Stipulation Extending Defendant's Time to Respond to Plaintiff's Complaint of Plaintiff JENNIFER L. KOIDAL and Defendant COMENITY BANK. Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that Defendant COMENITY BANK has an extension of time up to and including March 10, 2016 within which to file the Answer to Plaintiff's Initial Complaint.

IT IS SO ORDERED.

Dated: February 25, 2016

　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE