UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER L. KOIDAL,

        Plaintiff,

    v.

TRAVIS CREDIT UNION, et al.,

        Defendants.

Case No. 16-cv-00348-HSG

**ORDER TO SHOW CAUSE**

On January 21, 2016, Plaintiff Jennifer Koidal filed a complaint against Defendants Wells Fargo Auto Finance, Inc., Comenity Bank, Equifax Information Services LLC, and Travis Credit Union. Dkt. No. 1. On February 23 and February 24, 2016, Defendants Equifax Information Services LLC and Travis Credit Union filed their respective answers to the complaint. Dkt. Nos. 14, 17. On March 9, 2016, Defendant Comenity Bank filed a motion to dismiss the complaint. Dkt. No. 21. Plaintiff filed a first amended complaint against all Defendants on March 14, 2016. Dkt. No. 23.

The Court ORDERS Defendant Comenity Bank to show cause by March 25, 2016 why its motion to dismiss, Dkt. No. 21, is not moot in light of Plaintiff's first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). If Comenity Bank agrees that the motion is moot, it should so notify the Court by March 25 in a filing not to exceed one page.

**IT IS SO ORDERED.**

Dated: 3/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge