# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER L. KOIDAL**,<br><br>Plaintiff,<br><br>**TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., COMENITY BANK, EQUIFAX INFORMATION SERVICES LLC**,<br>,<br><br>Defendants | Case No. 3:16-cv-00348-HSG<br><br>**ORDER DENYING DEFENDANT COMENITY BANK's MOTION TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND COMENITY BANK'S MOTION TO DISMISS**<br><br>Hearing Date: June 30, 2016<br>Hearing Time: **2:00 p.m.**<br>Hearing Courtroom: 10, 19th Floor<br>Hearing Location: 450 Golden Gate Ave., San Francisco, CA 94102 |

Upon consideration of Defendant's Motion to Allow Telephonic Appearance at Case Management Conference and Comenity Bank's Motion to Dismiss, and good cause having been shown, it is hereby ORDERED that:

1. Defendant's Motion to Allow Telephonic Appearance at Case Management Conference and Comenity Bank's Motion to Dismiss is **DENIED**.

Dated: June 14, 2016

*/s/ Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.
United States District Judge