LAW OFFICE OF CLARK OVRUCHESKY
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Jennifer L. Koidal

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. KOIDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., COMENITY BANK, EQUIFAX INFORMATION SERVICES LLC.<br><br>**Defendants.** | Case No.: 3:16-cv-00348-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO AUTO FINANCE, INC.) ONLY**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

    Plaintiff Jennifer L. Koidal (hereinafter "Plaintiff") and Defendant Wells Fargo Bank, N.A. (erroneously sued as "Wells Fargo Auto Finance, Inc.") (hereinafter "Wells Fargo") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Wells Fargo only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| DATED: August 25, 2016 | Respectfully submitted, |
| | LAW OFFICE OF CLARK OVRUCHESKY |
| | By: /s/ Clark Ovruchesky |
| | CLARK OVRUCHESKY, ESQ. |
| | ATTORNEY FOR PLAINTIFF |
| DATED: August 25, 2016 | SEVERSON & WERSON |
| | By: /s/ Courtney C. Wenrick |
| | Courtney C. Wenrick |
| | Attorneys for Defendant, |
| | Wells Fargo Dealer Services, a division of Wells Fargo Bank, N.A. (erroneously sued as "Wells Fargo Auto Finance, Inc.") |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: August 25, 2016                      LAW OFFICE OF CLARK OVRUCHESKY

                                            By:   /s/ Clark Ovruchesky
                                                  Clark Ovruchesky
                                                  ATTORNEYS FOR PLAINTIFF

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Wells Fargo Bank, N.A. is dismissed with prejudice. Plaintiff and Defendant Wells Fargo Bank, N.A. shall each bear their own costs and attorneys' fees.

Date: _____8/26/2016_____           _/s/ Haywood S. Gilliam Jr._
                                    HON. HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Koidal v. Travis Credit Union et al*
**Case No: No: 16-cv-00348-HSG**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On August 25, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO AUTO FINANCE, INC.) ONLY**

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 25, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE