**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Jennifer L. Koidal

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER L. KOIDAL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., COMENITY BANK, EQUIFAX INFORMATION SERVICES LLC.**<br><br>**Defendants.** | Case No.: 3:16-cv-00348-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRAVIS CREDIT UNION ONLY**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

Plaintiff Jennifer L. Koidal (hereinafter "Plaintiff") and Defendant Travis Credit Union (hereinafter "TCU") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant TCU only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

---

**STIPULATION OF DISMISSAL** PAGE 1 OF 2

| | |
|---|---|
| DATED: August 25, 2016 | Respectfully submitted, |
| | LAW OFFICE OF CLARK OVRUCHESKY |
| | By: /s/ Clark Ovruchesky |
| | CLARK OVRUCHESKY, ESQ. |
| | ATTORNEY FOR PLAINTIFF |
| | |
| DATED:  August 25, 2016 | LOMBARDI, LOPER, & CONANT |
| | By: /s/ Leora R. Ragones |
| | Leora R. Ragones |
| | Attorneys for Defendant, |
| | Travis Credit Union |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

| | |
|---|---|
| Dated: August 25, 2016 | LAW OFFICE OF CLARK OVRUCHESKY |
| | By:   /s/ Clark Ovruchesky |
| | Clark Ovruchesky |
| | ATTORNEYS FOR PLAINTIFF |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Travis Credit Union is dismissed with prejudice.  Plaintiff and Defendant Travis Credit Union shall each bear their own costs and attorneys' fees.

Date:  ____8/26/2016_____        _/s/ Haywood S. Gilliam Jr._____
                                                                  HON. HAYWOOD S. GILLIAM, JR.
                                                                  UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Koidal v. Travis Credit Union et al*
Case No: No: 16-cv-00348-HSG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On August 25, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRAVIS CREDIT UNION ONLY**

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 25, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE